UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-20390-CR-UNGARO/TURNOFF

UNITED STATES OF AMERICA,

v.

RODNEY JOHNSON,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District of Florida, to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release should be revoked (DE # 40, 41). On May 21, 2008, an evidentiary hearing was held. At the hearing, an agreement between the parties was announced. Having reviewed the applicable filings, the law and having heard from the defendant, defendant's counsel, the United States Probation Office and the government, it is recommended that the defendant's supervised release be **REVOKED**.

## BACKGROUND

On February 24, 2003, after being convicted of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), the defendant was sentenced to thirty-seven (37) months' imprisonment, followed by three (3) years supervised release (DE# 30).

The defendant is charged with two (2) violations of his supervised release:

1. **Violation of Special Condition**, by failing to maintain full-time legitimate employment or being unemployed for a term of more than 30 days. On or about May 23, 2007, the defendant failed to maintain full-time employment and has remained unemployed for a term of more than 30 days; and

2. **Violation of Standard Condition**, by failing to support dependents and meet other family responsibilities. On or about September 6, 2007, the defendant failed to comply with court ordered child support in Docket No.: 05-0012397, Dade County Circuit Court, Family Division, and is currently $6,873.90 in arrears.

On May 21, 2008, the defendant, while represented by counsel, waived his right to an evidentiary hearing and admitted to violations one (1) and two (2). The defendant, defense counsel, the United States Probation Office, and the government agreed to recommend to the Court that a sentence of thirty (30) days' imprisonment be imposed as a result of the violations, with no supervision to follow.

## RECOMMENDATION

The undersigned recommends that the defendant's supervised release be **REVOKED** based on the defendant's admission to violations one (1) and two (2). It is further recommended that a sentence of thirty (30) days' imprisonment be imposed as a result of the violations, with no supervision to follow.

The parties have ten (10) days from the receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from

attacking on appeal the factual findings contained herein. *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988).

**RESPECTFULLY SUBMITTED** at the United States Courthouse, Miami, Florida this 28th day of May 2008.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:

Honorable Judge Ursula Ungaro
All Counsel of Record
Albin Calixte, United States Probation Officer