UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-20390-CR-UNGARO

UNITED STATES OF AMERICA,

v.

RODNEY JOHNSON,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Government's Petition Alleging Violation of Conditions of Supervised Release. The matter was referred to Magistrate Judge William C. Turnoff who on May 28, 2008, issued a Report recommending that the Defendant's supervised released be revoked on account of Defendant's admission to the following violations of his supervised release:

    1. Violation of Special Condition, by failing to maintain full-time legitimate employment or being unemployed for a term of more than 30 days. On or about May 23, 2007, the Defendant failed to maintain full time employment and has remained unemployed for a term of more than 30 days; and

    2. Violation of Standard Condition, by failing to support dependents and meet other family responsibilities. On or about September 6, 2007, the Defendant failed to comply with the court ordered child support in Docket No.: 05-0012397, Dade County Circuit Court, Family Division, and is currently $6,873.90 in arrears.

The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.  Defendant's supervised release is REVOKED.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record